UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-CR-740-002 RWS/JMB |
| | ) | |
| SHAMEKIA JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW defendant, SHAMEKIA JACKSON, by and through her appointed attorney, and states to the Court as follows:

1. Defendant has recently been arrested on a Petition to Revoke her bond.

2. A hearing on that matter is scheduled on August 10, 2020.

3. Because of the COVID-19 pandemic counsel has not had adequate time to consult with the defendant.

4. Defendant has waived filing pre-trial motions but has not had adequate time to discuss with counsel disposition without trial.

5. Counsel and defendant request additional time to discuss the case with the AUSA.

WHEREFORE, defendant prays this Honorable Court to vacate the current trial setting to allow for disposition of the other pending matters and for additional time to discuss alternate disposition with the government..

/s/     DJ Westling
DJ Westling, No. 28142MO

>The Law Office of Gerhard J. Petzall, LLC
>16216 Baxter Rd., Suite 350
>Chesterfield, Missouri 63o17
>(314) 241-6890
>(314) 241-2389 (fax)
>djw@gjplegal.com
>
>Attorney for Shamekia Jackson

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Allison Behrens, Assistant United States Attorney, 111 South 10 Street, 20th Floor, St. Louis, Missouri 63102.

/s/     DJ Westling