UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:19 CR 740 RWS-2 |
| SHAMEKIA JACKSON, | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the possible **change of plea hearing** in this matter is **RESET** from Monday, March 29, 2021, at 11:00 a.m. **to Monday, April 5, 2021, at 3:00 p.m.**  The hearing will take place by video via Zoom from the facility. Hearing participants received a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:   1-669-254-5252, Meeting ID:   161 524 5085.   Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.   This includes proceedings ordered by the Court to be conducted by phone or video.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2021.